IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES CHARLES GOVEA, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:07-CV-470-Y |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| T.D.C.J., Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner James Charles Govea, along with the April 2, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until April 23, 2008, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.[1]

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on April 2, 2008. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

---

[1] The Court's mailing of the magistrate judge's report to James Charles Govea was returned stamped "Return to Sender--Not Deliverable as Addressed--Unable to Forward," but Govea has not updated his address of record with the Court. The address on file with the clerk of Court for petitioner Govea remains the same as when he filed the suit. Because Petitioner has failed to keep the Court apprised of his current address as required by the local rules, *see* N. D. Tex. Civ. R. 83.13 and 83.14, he has not responded to the April 2, report.

It is further ORDERED that James Charles Govea's petition for writ of habeas corpus is DENIED.

SIGNED April 25, 2008.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE